IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Puerto Rico Soccer league NFP Corp., Joseph Marc Serralta Ives, Maria Larracuente, Jose R. Olmo-Rodriguez, and Futbol Boricua (FBNET), Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Federación Puertorriqueña de Futbol, Inc., Iván Rivera-Gutierrez, José "Cukito" Martinez, Gabriel Ortiz, Luis Mozo Cañete, Fédération Internationale de Football Association (FIFA), Confederation of North, Central America and Caribbean Association Football (CONCACAF), John Doe 1-18, and Insurers A, B, C,<br><br>*Defendants*. | CIVIL ACTION NO. 23-1203 (RAM) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' URGENT JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

COME NOW Plaintiffs Puerto Rico Soccer League NFP Corp., Joseph Marc Serralta Ives, María Laracuente, José R. Olmo-Rodríguez, and Fútbol Boricua (FBNET), Inc. (collectively "Plaintiffs"), through undersigned counsel, and file this Response to Defendants' Urgent Joint Motion to Reschedule Settlement Conference (Dkt. No. 188, filed March 20, 2025). For the reasons set forth below, Plaintiffs agree with Defendants that holding the settlement conference as currently scheduled on Tuesday, March 25, 2025, would be problematic and respectfully request that the Court vacate the existing order and defer scheduling a new settlement conference until the pending disqualification issues are resolved.

1

1. Plaintiffs acknowledge the procedural history outlined in Defendants' motion (Dkt. No. 188 at 1-4), including the Court's order setting a settlement conference for March 25, 2025 (Dkt. No. 160), and the recent filings related to Defendants' Joint Motion to Disqualify Plaintiffs' Counsel (Dkt. No. 164), as well as other discovery-related motions (Dkt. Nos. 168, 169). Plaintiffs have timely responded to these motions as directed by the Court (Dkt. Nos. 174-177), and the Court has ordered Plaintiffs to file a memorandum by March 25, 2025, showing cause regarding potential sanctions (Dkt. No. 182, as amended March 19, 2025).

2. In addition to these developments, Plaintiffs note a parallel issue raised in their March 17, 2025, letter to counsel for the FPF Defendants (Federación Puertorriqueña de Fútbol, Inc., Iván Rivera-Gutiérrez, José "Cukito" Martinez, Gabriel Ortiz, and Luis Mozo Cañete), demanding the complete withdrawal of their counsel, Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C. ("ADSUAR"), due to irreconcilable conflicts of interest and possession of confidential information that taints their ability to represent any FPF Defendant ethically. That letter, provided to opposing counsel with a 48-hour deadline to respond by March 19, 2025, warned that failure to withdraw could lead Plaintiffs to seek judicial disqualification under First Circuit precedent and Local Rule 83E.

3. As of the filing of this Response on March 21, 2025, Plaintiffs have not received a written response from FPF Defendants' counsel confirming their withdrawal, albeit they did advise on March 19, 2025 that they are discussing it with their clients, and that Plaintiffs' counsel should expect a formal response by Monday, March 24, 2025.

4. Given the gravity of the ethical concerns raised—supported by First Circuit caselaw, the Puerto Rico Rules of Professional Conduct, and Local Rule 83E—it is uncertain whether

2

the FPF Defendants will have retained new, independent counsel by next week's scheduled settlement conference on March 25, 2025. Even if withdrawal occurs imminently, the 30-day period Plaintiffs offered to support for new counsel to appear (should withdrawal be confirmed) would extend beyond the current conference date.

5. Plaintiffs agree with Defendants' assertion (Dkt. No. 188 at 4, ¶ 12) that it would be "problematic" to proceed with a settlement conference while the disqualification of the FPF Defendants' counsel remains unresolved. The potential absence of new counsel for the FPF Defendants—or their continued representation by conflicted counsel—would undermine the integrity of settlement negotiations and the ability of all parties to engage in good-faith discussions. This concern is heightened by the impending depositions of the individual FPF Defendants, where their need for separate, untainted representation is critical to protect their Fifth Amendment rights and individual interests, as detailed in Plaintiffs' March 17, 2025 letter.

6. While Plaintiffs remain committed to exploring settlement in good faith, they concur that the current procedural posture—including the unresolved Motion to Disqualify Plaintiffs' Counsel (Dkt. No. 164), the Court's Order to Show Cause (Dkt. No. 182), and the outstanding demand for FPF Defendants' counsel to withdraw—renders the March 25, 2025, settlement conference premature and impractical. A meaningful settlement discussion requires clarity on all parties' representation and resolution of these threshold ethical and procedural issues.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court grant Defendants' Urgent Joint Motion (Dkt. No. 188), vacate its previous order setting the settlement conference for Tuesday, March 25, 2025 (Dkt. No. 160), and hold in abeyance

the scheduling of a new settlement conference until after the Court has ruled on the Joint Motion to Disqualify Plaintiffs' Counsel (Dkt. No. 164), the Order to Show Cause (Dkt. No. 182), and any forthcoming motion by Plaintiffs to disqualify FPF Defendants' counsel, should it become necessary.

**DATED** this 21st day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ José R. Olmo-Rodríguez* | /s/ *Ibrahim Reyes* |
| José R. Olmo-Rodríguez | Ibrahim Reyes Gándara |
| USDC PR 213405 | Florida Bar No. 581798 |
| 261 Ave. Domenech, SJ PR 00918 | REYES LAWYERS, P.A. |
| 787.758.3570/jrolmo1@gmail.com | 236 Valencia Avenue |
| | Coral Gables, FL 33134 |
| | Tel. 305-445-0011 |
| | Fax. 305-445-1181 |
| | Email: ireyes@reyeslawyers.com |
| | Admitted *pro hac vice* |

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this document with the Clerk of Court using CM/ECF/PACER, which will send a notice of such filing to all attorneys of record in this case.

*/s/ Jose R. Olmo-Rodríguez*
José R. Olmo-Rodríguez, Esquire

*/s/ Ibrahim Reyes*
Ibrahim Reyes, Esquire