IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO SOCCER LEAGUE NFP CORP.*,* a Puerto Rico for profit corporation, JOSEPH MARC SERRALTA IVES, JUAN M. CORNEJO, MARIA LARRACUENTE, JOSE R. OLMO-RODRIGUEZ, FUTBOL BORICUA (FBNET), Inc., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERACIÓN PUERTORRIQUENA DE FUTBOL, INC., IVAN RIVERA-GUTIERREZ, JOSE "CUKITO" MARTINEZ, GABRIEL ORTIZ, LUIS MOZO CANETE, JOHN DOE 1-18, INSURANCE COMPANIES A, B, C, FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION ("FIFA"), and CONFEDERATION OF NORTH*,* CENTRAL AMERICA AND CARIBBEAN ASSOCIATION FOOTBALL (CONCACAF), <br><br> Defendants. | CIVIL NO. 23-1203-RAM |

**MOTION TO RESTRICT PURSUANT TO GENERAL STANDING ORDER NO. 9**

  **COME NOW**, Defendant Confederation of North, Central America and Caribbean Association Football ("CONCACAF"), by and through its undersigned counsel, and respectfully STATES and REQUESTS as follows:

  1. CONCACAF today is filing an *Application for Attorneys' Fees in Compliance with Order at Docket No. 206* (Docket Nos. 228 and 229).

  2. In support of its application, CONCACAF is submitting two exhibits detailing its counsel's time entries and hourly rates.

1

3. This information is also summarized in the body of the Application.

4. This information is not public, and there is no need for it to become so.

5. To preserve the non-public and confidential nature of this information, CONCACAF respectfully requests that it be allowed to file its exhibits restricted to parties only (Exhibits A and B to Docket No. 229).

6. Further, CONCACAF respectfully requests that it be allowed to file its Application with limited redactions (Docket No. 228), while filing a separate, unredacted version restricted to parties only (Docket No. 229).

7. CONCACAF respectfully submits that no prejudice will be caused to any of the other parties in this case by allowing such restriction, given that it will allow them to receive, review, and respond to the information.

8. CONCACAF does request, however, that if any other party wishes to submit a document containing the information, it be directed to submit such document as restricted to parties only, as well.

**WHEREFORE**, pursuant to General Standing Order No. 9, CONCACAF respectfully requests from this Honorable Court that it allow the filing of its Application and supporting Exhibits at the "Parties" or "Case Participants" restriction level.

**WE HEREBY CERTIFY** that this Motion was submitted through the Court's CM-ECF system, which should automatically serve a copy on all counsel of record.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 1st day of May, 2025.

BY: */s/Salvador J. Antonetti-Stutts*
    */s/Aníbal A. Román Medina*

O'NEILL & BORGES LLC

By: */s/ John J. Kuster*

SIDLEY AUSTIN LLP
John J. Kuster (*pro hac vice*)

Salvador J. Antonetti-Stutts
USDC Bar No. 215002
Aníbal A. Román Medina
USDC Bar No. 308410
250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email:  salvador.antonetti@oneillborges.com
             anibal.roman@oneillborges.com

Jon Muenz (*pro hac vice*)
Amanda M. Blau (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
Email:  jkuster@sidley.com
             jmuenz@sidleu.com
             ablau@sidley.com

*Attorneys for Defendant CONCACAF*

3