**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PUERTO RICO SOCCER LEAGUE NFP, CORP. et al., | |
| Plaintiffs, | Civil No. 23-1203 (RAM) |
| v. | |
| FEDERACIÓN PUERTORRIQUEÑA DE FÚTBOL, INC. et al., | |
| Defendants. | |

**<u>NOTICE OF APPEARANCE</u>**

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 83(D)(a), the undersigned counsel, Parnia Zahedi, hereby notifies this Honorable Court and the parties that she appears as counsel for codefendant, Fédération Internationale de Football Association ("FIFA"). It is respectfully requested that copies of all motions, orders, or any other documents and/or correspondence in this case be served, as applicable, through the CM/ECF system, to the undersigned attorney.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the undersigned's appearance and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned attorney through the CM/ECF System.

**RESPECTFULLY SUBMITTED,**

Dated: February 19, 2026.

***/s/ Parnia Zahedi***

Parnia Zahedi

*Admitted Pro Hac Vice (Dkt. 317)*

Paul, Weiss, Rifkind, Wharton & Garrison LLP

1285 Avenue of the Americas

New York, NY 10019-6064

pzahedi@paulweiss.com

Phone: (212) 373-2382

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/Dkt. system which will send notification of such filing to all counsel of record.

Dated: February 19, 2026.
New York, New York

*/s/ Parnia Zahedi*
Parnia Zahedi
*Admitted Pro Hac Vice (Dkt. 317)*
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
pzahedi@paulweiss.com
Phone: (212) 373-2382